# EXHIBIT A

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

**◀◀ Back to Search**

## MARIO MIGUEL LEYVA AMADOR VS WALGREENS SPECIALTY PHARMACY LLC

**Local Case Number:** 2016-006090-CA-01

**Filing Date:** 03/10/2016

**State Case Number:** 132016CA006090000001

**Case Type:** Discrimination - Employment or Other

**Consolidated Case No.:** N/A

**Judicial Section:** CA34

**Case Status:** OPEN

---

**👥 Parties**                    Number of Parties: 2 ➕

---

**🔧 Hearing Details**            Number of Hearing: 0 ➕

---

**🔊 Dockets**                    Dockets Retrieved: 9 ➖

---

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 📄 | 05/04/2016 | | Order: | Event | **(AGREED) FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 📄 | 05/03/2016 | | Motion for Extension of Time | Event | *Parties: Walgreens Specialty Pharmacy LLC* |
| 📄 | 04/26/2016 | | Service Returned | Event | |
| | 04/11/2016 | | Receipt: | Event | **RECEIPT#:3150025 AMT PAID:$10.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:CHECK TENDER AMT:$380.00 RECEIPT DATE:04/11/2016 REGISTER#:315 CASHIER:ELVIREL** |
| | 04/11/2016 | | 20 Day Summons Issued | Service | |
| | 04/11/2016 | | 20 Day Summons Issued | Event | *Parties: Walgreens Specialty Pharmacy LLC* |
| | 03/14/2016 | | Receipt: | Event | **RECEIPT#:2120099 AMT PAID:$401.00 NAME:JASON S REMER 100 N. BISCAYNE BLVD MIAMI FL 33132 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:03/14/** |
| 📄 | 03/10/2016 | | Complaint | Event | |
| 📄 | 03/10/2016 | | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)



Online Case Home (default.aspx)

| Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)

| Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)

| Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)

| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) (http://www.miamidade.gov)

| Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

S0142977

Filing # 38884973 E-Filed 03/10/2016 05:02:59 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH   JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE   COUNTY, FLORIDA

Case No.: _____
Judge: _____

MARIO MIGUEL LEYVA AMADOR
Plaintiff
vs.
WALGREENS SPECIALTY PHARMACY, LLC
Defendant

---

**II.   TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☑ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☑ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
  - ☒  Monetary;
  - ☐  Non-monetary
  - ☐  Non-monetary declaratory or injunctive relief;
  - ☐  Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (      )**
(Specify)

<u>1</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
  - ☐  Yes
  - ☒  No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  - ☒  No
  - ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  - ☒  Yes
  - ☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Jason S Remer</u>       FL Bar No.: <u>165580</u>
          Attorney or party                                              (Bar number, if attorney)

<u>Jason S Remer</u> <u>03/10/2016</u>
          (Type or print name)                              Date

Filing # 38884973 E-Filed 03/10/2016 05:02:59 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI
DADE COUNTY, FLORIDA

Case No.:_ _____ _____ _

MARIO MIGUEL LEYVA AMADOR
and other similarly situated non-exempt employees,

     Plaintiff(s),

vs.

WALGREENS SPECIALTY PHARMACY, LLC,
a Foreign Limited Liability Company.

     Defendant (s).

_____ _____ _____/

## COMPLAINT

### (OPT-IN PURSUANT TO 29 U.S.C § 216(B))

COMES NOW, the Plaintiff, MARIO MIGUEL LEYVA AMADOR ("Plaintiff"), by
and through undersigned counsel, hereby files this Complaint against Defendant, WALGREENS
SPECIALTY PHARMACY. LLC, a Foreign Limited Liability Company (collectively the
"Defendant") and states as follows:

### JURISDICTION

1. This is an action by the Plaintiff and other similarly-situated non-exempt employees for
damages exceeding $15,000 excluding attorneys' fees or costs pursuant to the Fair Labor
Standards Act, as amended (29 U.S.C. §201, et seq., hereinafter called the "FLSA") to
recover unpaid overtime and/or minimum wages, an additional equal amount as
liquidated damages, obtain declaratory relief, and reasonable attorneys' fees and costs.

2. The jurisdiction of the Court over this controversy is based upon 29 U.S.C. §216(b).

3.  Plaintiff was at all times relevant to this action, and continues to be, a resident Miami Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the FLSA.

4.  Defendant, WALGREENS SPECIALTY PHARMACY, LLC., having its main place of business in Miami Dade County, Florida, where Plaintiff worked for Defendant and at all times material hereto was and is engaged in interstate commerce.

5.  Venue is proper in Miami Dade County because all of the actions that form the basis of this Complaint occurred within Miami Dade County and payment was due in Miami Dade County.

6.  Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7.  All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8.  Plaintiff, MARIO MIGUEL LEYVA AMADOR was employed with Defendant from approximately September 11, 2012 through December 12, 2015 as a non-exempt employee.

9.  At all times material hereto, Plaintiff and Defendants were engaged in an implied agreement whereby Plaintiff would be employed by Defendants and that Plaintiff would be properly paid as provided for by, and not in violation of, the laws of the United States and the State of Florida.

10. During the time period referenced above, Defendant failed to compensate Plaintiff the required overtime and/or minimum wages at a rate of one and a half times Plaintiff's regular rate of pay for all hours worked in excess of forty (40) within a single work week.

11. Plaintiff claims there are other similarly situated current and former non-exempt employees working, or previously working, for Defendants/Defendant.

12. Plaintiff and other similarly-situated current and former non-exempt employees performed similarly duties for Defendants/Defendant and were subject to similar policies as to compensation.

13. Plaintiff and other similarly-situated current and former non-exempt employees of Defendants/Defendant would benefit from joining this collective action alleged herein.

## COUNT I
### *Wage & Hour Federal Statutory Violation Against*
### *WALGREENS SPECIALTY PHARMACY, LLC*

14. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

15. This action is brought by Plaintiff and other similarly-situated individuals to recover from Defendants unpaid overtime and/or minimum wages compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*, and specifically under the provisions of 29 U.S.C. § 207.   29 U.S.C. § 207 (a)(1) states, " No employer shall employ any of his employees... for a work week longer than 40 hours unless such employee receives compensation for his employment in excess of the hours above-specified at a rate not less than one and a half times the regular rate at which he is employed."

16. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

17. At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

18. Upon information and belief, the annual gross revenue of the Defendant was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

19. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

20. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire.

21. At all times material hereto, the Defendant failed to comply with Title 29 U.S.C. §§ 201-219 and 29 C.F.R. § 516.2 and § 516.4 *et seq.* in that Plaintiff performed services and worked in excess of the maximum hours provided by the FLSA but no provision was made by the Defendant to properly pay him at the rate of time and one half for all hours worked in excess of forty hours (40) per workweek as provided in the FLSA.

22. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act

and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

23. Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime and/or minimum wages compensation for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated _____ 3-4-16 _____

Respectfully submitted,

**Jason S. Remer, Esq.**
Florida Bar No.: 0165580
jremer@rgpattorneys.com
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI
DADE COUNTY, FLORIDA

Case No.:_____ _____ _____

MARIO MIGUEL LEYVA AMADOR
and other similarly situated non-exempt employees,

      Plaintiff(s),

vs.

WALGREENS SPECIALTY PHARMACY, LLC,
a Foreign Limited Liability Company.

      Defendant (s).

_____ _____ _____ _____ _____ ____/

## SUMMONS IN A CIVIL CASE

**TO:** WALGREENS SPECIALTY PHARMACY, LLC, through its Registered Agent:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSE, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      JASON S. REMER, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____ _____ _____ _____
CLERK                      DATE

_____ _____ ____
(BY) DEPUTY CLERK

Page 5 of 8

## NOTICE OF CONSENT TO BE A PARTY PLAINTIFF AND/OR JOIN

I, _Mario Reyva_, hereby consent, in accordance with 29 U.S.C. §216(b) of the Fair Labor Standards Act, to become a party plaintiff in this action against my employer,

_Wingrzon_, and to be represented by the attorneys of REMER & GEORGES-PIERRE, PLLC, Courthouse Tower, 44 West Flagler Street, Suite 2200, Miami, Florida 33130.

Sign Name: _____  Date: _12|4|15_

Print Name: _Mario Reyva_

Filing # 40715654 E-Filed 04/26/2016 11:12:27 AM

## RETURN OF SERVICE

State of Florida        County of Miami-Dade        Circuit Court

Case Number: 2016-006090-CA-01

Plaintiff:
**MARIO MIGUEL LEYVA AMADOR**
vs.
Defendant:
**WALGREENS SPECIALTY PHARMACY, LLC.**

For:
Jason S. Remer
REMER & GEORGES-PIERRE, PLLC.

Received by OJF SERVICES, INC. on the 19th day of April, 2016 at 11:30 am to be served on WALGREENS SPECIALTY PHARMACY, LLC., 1201 HAYS ST., TALLAHASSEE, FL 32301.

I, Herman Mathers, do hereby affirm that on the 19th day of April, 2016 at 3:05 pm, I:

Served the within named CORPORATION by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to CORPORATION SERVICE COMPANY as REGISTERED AGENT, by serving JOYCE MARKLEY as PROCESS CLERK authorized to accept service for registered agent.

I certify that I have no interest in the above action, that I am over the age of eighteen and have proper authority in the jurisdiction in which this service was made. I declare, under penalties of perjury pursuant to F.S. 92.525(2), that I have read the foregoing document and that the facts stated in it are true.

Herman Mathers
SPECIAL PROCESS SERVER #2

OJF SERVICES, INC.
13727 S.W 152nd St.
Pmb# 354
Miami, FL 33177
(954) 929-4215
Our Job Serial Number: 2016000723
Ref: 5350

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.5a

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI
DADE COUNTY, FLORIDA

Case No.: 2016 - 00 6690 CA - 01

MARIO MIGUEL LEYVA AMADOR
and other similarly situated non-exempt employees,

     Plaintiff(s),

vs.

WALGREENS SPECIALTY PHARMACY, LLC,
a Foreign Limited Liability Company.

     Defendant (s).

_____/

## SUMMONS IN A CIVIL CASE

**TO:** WALGREENS SPECIALTY PHARMACY, LLC, through its Registered Agent:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSE, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JASON S. REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                       DATE

(BY) DEPUTY CLERK         4/11/16

Filing # 41026866 E-Filed 05/03/2016 03:19:58 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MARIO MIGUEL LEYVA AMADOR,
and other similarly situated non-exempt
employees,

      Plaintiff(s),                      CASE NO. 16-006090 CA 34

v.

WALGREENS SPECIALTY PHARMACY,
LLC, a Foreign Limited Liability Company,

      Defendant.

_____/

### DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Walgreen Co., improperly named in the Complaint as Walgreens Specialty Pharmacy, LLC ("Defendant"), pursuant to Florida Rule of Civil Procedure 1.090, hereby moves for an enlargement of time up to and including May 18, 2016, to respond to the Complaint filed in this action.

1.      On April 13, 2016, Plaintiff served Defendant with his Complaint in this action. Accordingly, Defendant's response to the Complaint is presently due on May 3, 2016.

2.      The undersigned counsel was just retained in this action, and Defendant is in the process of assessing the relevant allegations and compiling the information necessary to prepare its response to the Complaint. Defendant requires additional time to further investigate the claims and frame its response to the Complaint.

3.      Defendant respectfully requests, without objection from Plaintiff, an enlargement of time, up to and including May 18, 2016, to file its response to the Complaint,

4.      The granting of this Motion will not prejudice any party as Plaintiff, through his counsel, has agreed to the requested enlargement. This Motion is being sought in good faith and not for delay or any other improper purpose,

5.      A proposed order granting the relief sought herein is attached to this Motion.

WHEREFORE, Defendant requests an order granting an enlargement of time through May 18, 2016, to respond to the Complaint in accordance with the parties' agreement.

Dated this 3rd day of May, 2016.          Respectfully submitted,

_/s/ Mark E. Zelek_
Mark E. Zelek
Florida Bar No. 667773
Email:  mark.zelek@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone:  305.415.3303
Facsimile:  877.432.9652

_Attorneys for Defendant_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2016, I served the foregoing document via Electronic

Mail on all counsel or parties of record on the Service List below.

/s/ Mark E. Zelek

## SERVICE LIST

Jason S. Remer
Brody M. Shulman
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, FL  33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
jremer@rgpattorneys.com
bshulman@rgpattorneys.com

*Attorneys for Plaintiff*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MARIO MIGUEL LEYVA AMADOR,
and other similarly situated non-exempt
employees,

      Plaintiff(s),                             CASE NO. 16-006090 CA 34

v.

WALGREENS SPECIALTY PHARMACY,
LLC, a Foreign Limited Liability Company,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER came before the Court upon the Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint (the "Motion") filed by Defendant Walgreen Co., improperly named in the Complaint as Walgreens Specialty Pharmacy, LLC ("Defendant"). Upon consideration of the Motion and the file in this matter, it is hereby

ORDERED and ADJUDGED that;

    1.    Defendant's Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint is GRANTED; and

    2.    Defendant shall have until May 18, 2016, to file its answer or motion responding to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 05/04/16.

RODNEY SMITH
CIRCUIT COURT JUDGE

> No Further Judicial Action Required on **THIS**
> **MOTION**
> **CLERK TO <u>RECLOSE</u> CASE <u>IF</u> POST
> JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter.  The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.
Copies:
All Counsel of Record